# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 513 MAL 2014
: 
           Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
: 
          v. : 
: 
: 
: 
IBRAHIM S. BAH, : 
: 
          Petitioner : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.